FILED

11/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0497







FILED

NOV 1 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0497

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

**GRANT OF EXTENSION**

THOMAS RONALD KNUDSON,

      Defendant and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until December 19, 2022, to prepare, file, and serve the Appellant's brief.

DATED this November 18, 2022

Bowen Greenwood
Clerk of the Supreme Court

c:    Thomas Ronald Knudson, Austin Miles Knudsen, Stephen A. Gannon